# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3219
_____

WILLIS BURTON,

    Appellant,

v.

MEYER'S WAREHOUSES and
NATIONWIDE AGRIBUSINESS
INSURANCE,

    Appellees.

_____

On appeal from an order of the Judge of Compensation Claims.
Carol J. Stephenson, Judge.

June 25, 2018

PER CURIAM.

    AFFIRMED.

MAKAR, WINOKUR, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Bill McCabe, Longwood, and Michael J. Celeste, Jr., West Palm Beach, for Appellant.

Hinda Klein and Lara J. Edelstein of Conroy Simberg, Hollywood, for Appellees.